## UNITED STATES DISTRICT COURT

SOUTHERN                              DISTRICT OF          INDIANA

**APPEARANCE**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 1:25-cv-2071 ) |
| v. | ) ) |
| M&J UNDERGROUND INC., an foreign Corporation | ) ) ) ) |
| Defendant. | ) |

To the Clerk of this court all parties of record:

I, the below signed, state that pursuant to S.D. Ind. L.R. 83.5(g), I have read and will abide by the Local Rules of the U.S. District Court for the Southern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for Plaintiff.

I certify that I am admitted to practice in this court.

**October 9, 2025**
**Date**

/s/ Donald D. Schwartz
Signature

**Donald D. Schwartz**                                              **03124459**
**Print Name**                                                      **Bar Number**

**Arnold and Kadjan, LLP, 35 E. Wacker Dr., Suite 600**
**Address**

| **Chicago, Illinois 60601** | | |
|---|---|---|
| **City** | **State** | **Zip Code** |
| **312-236-0415** | | **312-341-0438** |
| **Phone Number** | | **Fax Number** |